UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK            Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

---

1199 SEIU UNITED HEALTHCARE WORKERS EAST

                                       Plaintiff(s)

          - against -

AFFINITY SKILLED LIVING AND REHABILITATION CENTER A/K/A OAKWOOD CARE CENTER

                                       Defendant(s)

Index # 08 CIV 6903 (STEIN)

Purchased August 1, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 7, 2008 at 02:37 PM at

305 LOCUST AVENUE
OAKDALE, NY 11769

deponent served the within SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; JUDGE'S RULES on AFFINITY SKILLED LIVING AND REHABILITATION CENTER A/K/A OAKWOOD CARE CENTER therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to CATHY SCHOMBS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 130 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

305 LOCUST AVENUE
OAKDALE, NY 11769

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 8, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.



Sworn to me on:  August 8, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | BRUCE KUSTKA |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | Invoice #: 467422 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728